IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVOY CASILLAS,

    Plaintiff,

v.

NEW CENTURY MORTGAGE CORP., et al.,

    Defendants

No. C 08-4333 MMC

**ORDER TO SHOW CAUSE**

On January 30, 2009, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action.

Accordingly, plaintiff is hereby ordered to show cause, in writing, no later than February 18, 2009, why the case should not be dismissed for failure to prosecute.

If plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: February 2, 2009

MAXINE M. CHESNEY
United States District Judge