IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOY CASILLAS, | No. C-08-4333 MMC |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| NEW CENTURY MORTGAGE CORPORATION, et al., | |
| Defendants. | |

On January 30, 2009, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action. On February 2, 2009, the Court ordered plaintiff to show cause, in writing and no later than February 18, 2009, why the action should not be dismissed for failure to prosecute. (See Order filed Feb. 2, 2009.) To date, no response to the Court's Order to Show Cause has been filed.

Accordingly, the above-titled action is hereby DISMISSED for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: February 20, 2009

_____
MAXINE M. CHESNEY
United States District Judge